

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2015

No. 04-15-00072-CV

**IN THE INTEREST OF C.M.O.,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01068
Honorable Dick Alcala, Judge Presiding

# O R D E R

The appellant's first motion to extend time to file brief is hereby GRANTED. Appellant's brief is due on or before May 4, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court